IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Henderson, Terry | Case Number:  07 B 21657 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  11/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  June 26, 2008
Confirmed:  March 20, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,007.20 | |
| Secured: | | 6,040.49 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,787.41 |
| Trustee Fee: | | 655.30 |
| Other Funds: | | 1,524.00 |
| Totals: | 12,007.20 | 12,007.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,787.41 | 3,787.41 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Forest Park National Bank | Secured | 0.00 | 2,246.00 |
| 4. | Midwest Title | Secured | 911.75 | 200.00 |
| 5. | Chase Home Finance | Secured | 16,294.57 | 3,594.49 |
| 6. | Portfolio Recovery Associates | Unsecured | 935.49 | 0.00 |
| 7. | CB USA | Unsecured | 875.00 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 750.00 | 0.00 |
| 9. | Capital One | Unsecured | 1,257.15 | 0.00 |
| 10. | Capital One | Unsecured | 1,223.04 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 1,308.49 | 0.00 |
| 12. | Triad Financial Services | Unsecured | 13,824.95 | 0.00 |
| 13. | Forest Park National Bank | Unsecured | 41,117.57 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 896.38 | 0.00 |
| 15. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | One Iron Ventures | Unsecured | | No Claim Filed |
| 20. | Payday Loan | Unsecured | | No Claim Filed |
| 21. | Village of Dolton | Unsecured | | No Claim Filed |
| 22. | Midland Credit Management | Unsecured | | No Claim Filed |
| 23. | Sun Cash | Unsecured | | No Claim Filed |
| | | | $ 83,181.80 | $ 9,827.90 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Henderson, Terry

Printed:  9/3/08

Case Number:  07 B 21657
Judge:  Wedoff, Eugene R
Filed:  11/17/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.4% | 128.21 |
| 6.5% | 527.09 |
|  | _____ |
|  | $ 655.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

